# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:12-cv-674 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| BARCLAYS PLC, BARCLAYS BANK, | § | |
| PLC, and BARCLAYS BANK DELAWARE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss Barclays PLC Without Prejudice. After considering the Motion and finding that good cause exists for granting the Motion, the Court is of the opinion that the Motion should be in all respects GRANTED.

**IT IS THEREORE ORDERED that** all claims asserted in this suit by Plaintiff Leon Stambler against Defendant Barclays PLC are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 11th day of February, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE